GEORGE FORMAN (SBN 047822)
KIMBERLY A. CLUFF (SBN 139136)
FORMAN & ASSOCIATES
4340 Redwood Highway, Suite F228
San Rafael, CA 94903
Telephone: 415/491-2310

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CACHIL DEHE BAND OF WINTUN INDIANS OF THE COLUSA INDIAN COMMUNITY, a federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA; CALIFORNIA GAMBLING CONTROL COMMISSION, an agency of the State of California; and ARNOLD SCHWARZENEGGER, Governor of the State of California,<br><br>Defendants. | CASE NO. CIV.S 04-2265 FCD KJM<br><br>STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS, AND ORDER THEREON<br><br>DATE: May 5, 2006<br>TIME: 10:00 a.m.<br>COURTOOM: 2<br><br>Judge: Frank C. Damrell, Jr.<br>Trial Date: September 19, 2006<br>Action Filed: October 25, 2004 |

Defendants' motion for judgment on the pleadings currently is set for hearing on May 5, 2006 at 10:00 a.m. To accommodate plaintiff's counsel's schedule, the parties have agreed that the hearing on this motion may be continued until May 19, 2006, or if that date is unavailable, to the next available date. Accordingly,

IT IS HEREBY STIPULATED and requested by the parties, through their respective counsel, that the hearing on defendants' motion for judgment on the pleadings now set for May 5, 2006 at 10:00 a.m. be continued until May 19, 2006 at 10:00 a.m., or such later date as the Court may deem convenient, in order to accommodate a conflict in plaintiffs' counsel's schedule.

///

Stipulation to continue hearing          1

| | | |
|---|---|---|
| Dated: April 20, 2006 | By: | /s/ George Forman<br>George Forman<br>FORMAN & ASSOCIATES<br>Attorneys for Plaintiff |
| Dated: April 20, 2006 | By: | /s/ Christine Murphy<br>Bill Lockyer<br>Attorney General<br><br>Christine Murphy<br>Deputy Attorney General<br>Attorneys for Defendants |

## ORDER

The parties hereto having stipulated to the continuance of the hearing on defendants' motion for judgment on the pleadings until May 19, 2006 at 10:00 a.m.

IT IS SO ORDERED.

/s/ Frank C. Damrell Jr.
Frank C. Damrell Jr.
U.S. District Judge