UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CACHIL DEHE BAND OF WINTUN INDIANS OF THE COLUSA INDIAN COMMUNITY, a federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA; CALIFORNIA GAMBLING CONTROL COMMISSION, an agency of the State of California; and ARNOLD SCHWARZENEGGER, Governor of the State of California,<br><br>Defendants. | CASE NO. CIV.S 04-2265 FCD KJM<br><br>ORDER SHORTENING TIME FOR HEARING ON MOTION TO MODIFY SCHEDULING ORDER<br><br>DATE:    May 19, 2006<br>TIME:    10:00 a.m.<br><br>COURTROOM: 2<br><br>Judge:    Frank C. Damrell, Jr.<br>Trial Date:    September 19, 2006<br>Action Filed:    October 25, 2004 |

Plaintiff having applied *ex parte* for an order shortening time for filing and serving its motion to modify the Scheduling Order in this action so that said motion can be heard on May 19, 2006 in order that plaintiff may file and set for hearing on June 16, 2006 its motion for summary judgment on all claims, and good cause appearing therefor,

IT IS HEREBY ORDERED that plaintiff's Motion to Modify the Scheduling Order filed May 9, 2006, concurrently with the ex parte application ,is set for hearing on May 19, 2006 at 10:00 a.m. Defendants may file and serve their opposition to plaintiff's motion to modify the Scheduling Order by 4:00 p.m. on May 15, 2006.

Dated: May 9, 2006

/s/ Frank C. Damrell Jr.
U.S. District Judge

ORDER SHORTENING TIME