1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CACHIL DEHE BAND OF WINTUN INDIANS OF THE COLUSA INDIAN COMMUNITY, a federally recognized Indian Tribe,<br><br>    Plaintiff(s),<br><br>  v.<br><br>STATE OF CALIFORNIA, and CALIFORNIA GAMBLING CONTROL COMMISSION, an agency of the State of California, and ARNOLD SCHWARZNEGGER, Governor of the State of California,<br><br>    Defendant(s).<br>_____/ | No. 2:04-cv-2265 FCD/KJM |
| CACHIL DEHE BNKD OF WINTUN INDIANS OF THE COLUSA INDIAN COMMUNITY, a Federally recognized Indian Tribe,<br><br>    Plaintiff(s),<br><br>  v.<br><br>STATE OF CALIFORNIA, and CALIFORNIA GAMBLING CONTROL COMMISSION, an agency of the State of California,<br><br>    Defendant(s).<br>_____/ | No. 2:07-cv-1069 FCD/JFM<br><br>**<u>RELATED CASE ORDER</u>** |

1    Examination of the above-entitled actions reveals that they are related within the meaning
2 of Local Rule 83-123(a) (E.D. Cal. 1997).  The actions involve many of the same defendants and
3 are based on the same or similar claims, the same property transaction or event, similar questions
4 of fact and the same questions of law, and would therefore entail a substantial duplication of
5 labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge
6 is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the
7 parties.

8    The parties should be aware that relating the cases under Local Rule 83-123 merely has
9 the result that these actions are assigned to the same judge; no consolidation of the actions is
10 effected.  Under the regular practice of this court, related cases are generally assigned to the
11 judge and magistrate judge to whom the first filed action was assigned.

12    IT IS THEREFORE ORDERED that the actions denominated, 2:07-cv-1069 LKK JFM
13 is reassigned to Judge Frank C. Damrell, Jr. and Magistrate Judge Kimberly J. Mueller for all
14 further proceedings, and any dates currently set in this reassigned case only are hereby
15 VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown
16 as: 2:07-cv-1069 FCD KJM.

17    IT IS FURTHER ORDERED that the Clerk of Court issue an Order Requiring a Joint
18 Status Report for the undersigned.

19    IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the
20 assignment of civil/criminal cases to compensate for this reassignment.

21    IT IS SO ORDERED.
22 DATED: August 28, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE