EDMUND G. BROWN JR.
Attorney General of California
SARA J. DRAKE
Supervising Deputy Attorney General
NEIL D. HOUSTON
Deputy Attorney General
State Bar No. 168058
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 322-5476
  Fax: (916) 327-2319
  E-mail: Neil.Houston@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CACHIL DEHE BAND OF WINTUN INDIANS OF THE COLUSA INDIAN COMMUNITY, a federally recognized Indian Tribe,**<br><br>                      Plaintiff,<br><br>    v.<br><br>**STATE OF CALIFORNIA; and CALIFORNIA GAMBLING CONTROL COMMISSION, an agency of the State of California,**<br><br>                      Defendants. | CASE NO. CIV.S-04-2265 FCD KJM<br><br>**STIPULATION AND ORDER TO INCREASE PAGE LIMITS FOR CONSOLIDATED DISPOSITIVE MOTIONS**<br><br>Judge: Honorable Frank C. Damrell, Jr |

On December 12, 2008, this Court granted Defendants' motion to consolidate this matter with the later filed Case No. 07-cv-01069-FCD-KJM, and directed the parties to file consolidated dispositive motions for hearing on February 20, 2009. With regard to dispositive motions in the latter case prior to consolidation, the Court had previously set page limits of 20 pages for moving and opposition memoranda and 10 pages for reply briefs. The consolidation of the two cases has

1  increased the number of claims for relief that are at issue from three to seven.  For this reason, the
2  parties stipulate to and join in requesting that the court increase the page limits for the
3  consolidated dispositive motions to 40 pages for moving and opposition memoranda and 20 pages
4  for reply briefs.
5      The parties respectfully request that this Court grant this increase in page limits as
6  requested and stipulated.
7      IT IS HEREBY AGREED.

9  Dated: December 18, 2008          EDMUND G. BROWN JR.
                                     Attorney General of the State of California
10                                   SARA J. DRAKE
                                     Supervising Deputy Attorney General
11                                   PETER H. KAUFMAN
                                     Deputy Attorney General
12
13                                       /s/ Neil D. Houston

14                                   By:_____
                                        NEIL D. HOUSTON
15                                      Deputy Attorney General
                                        Attorneys for Defendants
16

18  Dated: December 18, 2008          GEORGE FORMAN
                                      FORMAN & ASSOCIATES
19
                                         /s/ George Forman
20                                    By: _____
                                         GEORGE FORMAN
21                                        Attorneys for Plaintiff

2

**<u>ORDER</u>**

Based upon the above stipulation of the parties and for good cause shown, the page limits applicable to the dispositive motions that are set for hearing on February 20, 2009, shall be forty (40) pages for memoranda filed in support thereof, forty (40) pages for memoranda filed in opposition thereto, and twenty (20) pages for reply briefs.

Dated:  December 19, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE