George Forman (SBN 047822)
Kimberly A. Cluff (SBN 196139)
Jay B. Shapiro (SBN 224100)
Jeffrey R. Keohane (SBN 190201)
FORMAN & ASSOCIATES
4340 Redwood Highway, Suite E352
San Rafael, CA 94903
Telephone: 415/491-2310
Facsimile: 415/491-2313
E-Mail: george@gformanlaw.com

*Attorneys for Plaintiff*

EDMUND G. BROWN JR.
Attorney General of California
ROBERT L. MUKAI
Senior Assistant Attorney General
SARA J. DRAKE
Supervising Attorney General
PETER H. KAUFMAN
Deputy Attorney General
State Bar No. 52038
 110 West A Street, Suite 1100
  San Diego, CA, 92101
 P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone: (619) 645-2020
  Facsimile: (619) 645-2012
  E-mail: peter.kaufman@doj.ca.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CACHIL DEHE BAND OF WINTUN INDIANS OF THE COLUSA INDIAN COMMUNITY, a federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA; CALIFORNIA GAMBLING CONTROL COMMISSION, an agency of the State of California; and ARNOLD SCHWARZENEGGER, Governor of the State of California,<br><br>Defendants. | CASE NO. 2:04-cv-2265 FCD KJM<br><br>**STIPULATION AND ORDER FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT RE: PLAINTIFF COLUSA'S THIRD CLAIM FOR RELIEF IN** *COLUSA II* |

During the February 20, 2009 hearing on the parties' dispositive motions, the Court

expressed its willingness to receive from plaintiff Cachil Dehe Band of Wintun Indians of the Colusa Indian Community and defendants further motions for summary judgment limited specifically to said plaintiff's Third Claim for Relief in *Colusa II* (hereinafter, "Bad Faith Claim"), provided that said parties agreed to such a procedure. The Court memorialized that invitation in its February 23, 2009 Order.

Pursuant to the Court's February 23, 2009 Order, plaintiff Cachil Dehe Band of Wintun Indians of the Colusa Indian Community and defendants State of California and Governor Arnold Schwarzenegger hereby agree that the filing of cross-motions for summary judgment by defendants and plaintiff limited to Colusa's Bad Faith Claim would assist the Court and the parties to resolve this issue and therefore stipulate to and request that the Court approve the following procedure and schedule:

1. Counsel for plaintiff and defendants shall have until and including March 25, 2009 to agree on the documents and other evidence upon which their respective motions will be based. Should a dispute exist regarding the relevance of any document(s) or other evidence, the parties shall submit all disputed matters to the Court, together with a brief statement from each party setting forth each party's contentions regarding the admissibility in evidence of each disputed document or other evidentiary matter.

2. Any disputes about the admissibility of any document(s) or other evidentiary matter shall be submitted to the Court for resolution.

3. Should the Court allow the admission of any additional documents, the parties shall consecutively number any such document or documents and add it or them to the list of admissible documents to be utilized in support of their cross-motions and file with the Court within ten (10) days after the Court's ruling an appendix containing all of the evidence upon which the parties will rely in support of or in opposition to their respective cross-motions for summary judgment, under the title, RECORD FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT.

4. If, by and including March 25, 2009, the parties have agreed on the documents and other evidence to be submitted to the Court as the basis for their respective cross-motions for summary judgment, the parties shall file their respective cross-motions for summary judgment and

supporting memoranda on or before June 25, 2009. If the parties submit to the Court a dispute over the admissibility of any evidence, the parties shall file their respective cross-motions for summary judgment within sixty (60) days of the Court's ruling on the admissibility of documents or other evidence.

5. Plaintiff and defendants shall file their responses within thirty (30) days after the respective moving papers are filed.

6. Any reply by either party to a response to their motion shall be filed within fourteen (14) days of the filing of that response.

DATED: February 25, 2009

/s George Forman
George Forman
Counsel for Plaintiff

EDMUND G. BROWN JR.
Attorney General of California

DATED: February 25, 2009

By: /s Peter H. Kaufman
Peter H. Kaufman
Deputy Attorney General
Counsel for Defendants

## ORDER

Pursuant to the stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that plaintiff's pending motion for summary judgment regarding the Third Claim for Relief in *Colusa II* and defendants' pending motion for judgment on the pleadings regarding that claim for relief shall not be considered by the Court. Instead, the Court shall entertain cross-motions for summary judgment by the parties on that claim for relief filed in accord with the terms of the parties' stipulation.

Dated: March 2, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE